UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. LEE,

       Plaintiff,                       Case No. 15-cv-13474

                                      Paul D. Borman
v.                                      United States District Judge

                                      Mona K. Majzoub
MONEY GRAM CORPORATE       United States Magistrate Judge
OFFICE,

       Defendant.
_____/

OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S MAY 23, 2016 REPORT AND RECOMMENDATION (ECF NO. 8), (2) GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 2), (3) DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)(B), and (4) DENYING AS MOOT PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME (ECF NO. 7)

On May 23, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Plaintiff's application to proceed *in forma pauperis*, to dismiss Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of jurisdiction and for failure to state a claim and to deny as moot Plaintiff's request for an extension of time. (ECF No. 8, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), DISMISSES Plaintiff's

1

Complaint pursuant to 28 U.S.C. § 1915 (e)(2)(B), and DENIES AS MOOT Plaintiff's request for an extension of time (ECF No. 7), .

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 27, 2016.

s/Deborah Tofil  
Case Manager